# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ṢK AGENCY U.S.A., INC., as agents for MAERSK LI<br>*Plaintiff*<br>v.<br>AL LUBRICANTS & EQUIPMENT CO., INC. and ALı<br>*Defendant* | )<br>)<br>)  Civil Action No. 16 CIV 3608<br>)<br>)<br>) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __August 22, 2016__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: October 12, 2016 ~~September 26, 2016~~

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MAERSK AGENCY U.S.C., as Agents for
MAERSK LINE A/S,

                  Plaintiff,

          16 CIV 3608 (JPO)

-against-

**DEFAULT JUDGMENT**

AJ CHEMICAL LUBRICANTS &
EQUIPMENT CO., INC. and ALGIE JONES,
                  Defendants.
------------------------------------------------------------X

       Plaintiff having moved for a Default Judgment against Defendants on July 21, 2016; that motion clearly warned Defendants that if Defendants failed to enter an appearance in the lawsuit on or before August 12, 2016, the Court would enter a default judgment against them; Plaintiff served a copy of the Motion for Entry of Default with supporting documentation on Defendants on July 21, 2016; Defendants did not respond, and the matter having come before the Honorable J. Paul Oetken, United States District Judge, and the Court, on August 18, 2016 having issued its Order granting Plaintiff's motion for default judgment, and directing the Clerk of the Court to enter judgment in favor of Plaintiff and against Defendants' AJ Chemical Lubricants & Equipment Co., Inc and Algie Jones, jointly and severally, in the amount of $46,007.00, which amount includes the demurrage charge of $45,607.00 plus costs and disbursements of this action of $400, and the Clerk is directed to close the case, it is,

       **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated August 18, 2016, Plaintiff's motion for a default judgment is granted; judgment is hereby entered in favor of Plaintiff and against Defendants' AJ Chemical Lubricants & Equipment Co., Inc. and Algie Jones, jointly and severally, in the amount of $46,007.00, and the case is closed.

DATED : New York, New York
August 22, 2016

RUBY J. KRAJICK
_____
Clerk of Court
By: _____
Deputy Clerk

CERTIFIED AS A TRUE COPY ON

THIS DATE __10/12/16__

BY __Amango__
( ) Clerk
(✓) Deputy

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON __8/22/2016__